UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ, JR., | : |
| Plaintiff, | : |
| v. | : No. 5:17-cv-2790 |
| PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION et al., | : |
| Defendants. | : |

# **O R D E R**

**AND NOW**, this 30th day of August, 2018, upon consideration of the Agency Defendants' Motion to Dismiss, ECF No. 8, the Individual Defendants' Motion to Dismiss, ECF No. 10, Plaintiff's Motion for Leave to Amend, ECF No. 13, and Plaintiff's Motion for Leave to File Amended Motion for Injunctive Relief, ECF No. 17, and for the reasons set forth in the Opinion issued this date, it is **ORDERED** that:

1. The Agency Defendants' Motion to Dismiss, ECF No. 8, is **GRANTED**;

2. The Individual Defendants' Motion to Dismiss, ECF No. 10, is **GRANTED in part**;

3. Plaintiff's Motion for Leave to Amend, ECF No. 13, is **GRANTED in part**;

4. Plaintiff's Motion for Leave to File Amended Motion for Injunctive Relief, ECF No. 17, is **DENIED**;

5. Plaintiff is **GRANTED LEAVE** to file an amended complaint consistent with the Opinion issued this date no later than **September 14, 2018**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge