UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ JR, | : |
| Plaintiff, | : |
| v. | : No. 5:17-cv-02790 |
| DAVID HISSNER, *et. al*, | : |
| Defendants. | : |

# O R D E R

**AND NOW**, this 21st day of January, 2020, upon consideration Plaintiff's Partial Motion for Summary Judgment and Defendants' Motion for Summary Judgment and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Partial Motion for Summary Judgment, ECF No. 38, is **DENIED**.

2. Defendants' Motion for Summary Judgment, ECF No. 37, is **GRANTED**.

3. Judgment is **ENTERED** in favor of all Defendants and against Plaintiff on all claims.

4. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Court

1
012120